# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WBL SPE II, LLC,** a Delaware limited liability company,
Appellant,

v.

**GRAVITY SEGREGATION, LLC,** a Utah limited liability company; **1509 PROSPERITY FARMS, LLC,** a Florida limited liability company; **LABORATORY SUITES, LLC** n/k/a 1509 Prosperity Farms, LLC, a Florida limited liability company; **ETR3, LLC,** a Delaware limited liability company; **THE RAMA FUND, LLC,** a California limited liability company; **PLC 6, LLC**, a Florida limited liability company**; SEACOAST UTILITY AUTHORITY**; **UNKNOWN TENANT IN POSSESSION** at 1325 South Killian Drive, Lake Park, FL; **SECOND UNKNOWN TENANT IN POSSESSION** at 1509 Prosperity Farms Road, Lake Park, FL,
Appellees.

Nos. 4D20-1639 and 4D20-2613

[October 7, 2021]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502017CA011105AXX.

Jonathan M. Sykes and John J. Bennett of Nardella & Nardella, PLLC, Orlando, and Gennifer L. Bridges of Burr & Forman LLP, Orlando, for appellant.

Brian K. Korte of Korte & Associates, West Palm Beach, for appellee, Gravity Segregation, LLC.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***